IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. STORMAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CA. DEPT. OF HEALTH SERVICES,<br>MEDI-CAL DIRECTOR, and<br>U.S. DEPT. OF HEALTH & HUMAN<br>SERVICES,<br><br>　　　　Defendants.<br>_____/ | No. CIV S-06-2892 GEB GGH PS<br><br><br>ORDER |

　　　　Plaintiff filed a notice of appeal in this matter on April 23, 2007, which was processed to the Ninth Circuit on April 24, 2007. Accordingly, plaintiff's request, filed April 16, 2007, for an extension of time within the which to file a notice of appeal, is hereby denied as moot.

DATED: 4/27/07　　　　　　　　　　　　　　/s/ Gregory G. Hollows

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　GREGORY G. HOLLOWS
　　　　　　　　　　　　　　　　　　　　　　U. S. MAGISTRATE JUDGE

GGH5:Storman.app.moot

1