IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL D. STORMAN,

    Plaintiff,　　　　　　　　　　　　No. CIV S-06-2892 GEB GGH PS

    vs.

CA. DEPT. OF HEALTH SERVICES, et al.,

    Defendants.

                             /

MICHAEL D. STORMAN,

    Plaintiff,　　　　　　　　　　　　No. CIV S-07-2113 FCD JFM PS

    vs.

U.S. DEPT. OF HEALTH AND HUMAN SERVICES, et al.,

    Defendants.　　　　　　　　　　　　RELATED CASE ORDER

                             /

        The court has received the Notice of Related Cases concerning the above-captioned cases filed February 7, 2008. Examination of these actions reveals they are related within the meaning of E. D. Cal. L. R. 83-123, that is, the actions involve the same or similar parties and assert similar claims, and assignment to the same judge and magistrate judge is likely

1

to effect a substantial savings of judicial effort. Accordingly, the undersigned has determined it is appropriate to relate Civil No. S- 07-2113 FCD JFM PS to Civil No. S-06-2892 GEB GGH PS.

Under the regular practice of this court, related cases are assigned to the district judge and magistrate judge to whom the first-filed action was assigned. Relating cases pursuant to Local Rule 83-123 only affects reassignment; there is no consolidation of actions.

Accordingly, IT IS HEREBY ORDERED that the action denominated Civil No. S- 07-2113 FCD JFM PS shall be reassigned and redesignated Civil No. S-07-2113 GEB GGH PS. The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS FURTHER ORDERED that the status conference set before Magistrate Judge Moulds on April 24, 2008 is vacated.

So ordered.

DATED: 03/07/08                                         /s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

GGH5:Storman2113.rel.wpd